UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    :
ANDREW TORO, *on behalf of himself and all others similarly situated*,    :
    :
                    Plaintiffs,  :    23-CV-04176 (AS)
    :
        -v-  :    <u>ORDER</u>
    :
BENS PURE MAPLE PRODUCTS, LLC,  :
    :
                 Defendant.  :
    X
------------------------------------------------------------------------

ARUN SUBRMANIAN, United States District Judge:

        Motions for summary judgment in this case were due May 15, 2024. Dkt. 21. Neither party made such a motion, nor did any party request an extension of the deadline to do so. As such, this case will now proceed to trial. By Monday, May 20, 2024, at 5:00 PM, the parties should submit a joint letter, noting three separate weeks in July and August that would work for both parties to try this case.

        SO ORDERED.

Dated: May 16, 2024
       New York, New York

                                              ARUN SUBRAMANIAN
                                         United States District Judge